UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PAMELA L. CURTIN, o/b/o BRIAN C. SHEIL,

        Plaintiff,

  -against-                      3:06-CV-912
                                            (LEK/GJD)

COMMISSIONER OF SOCIAL SECURITY,

        Defendants.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on November 27, 2007 by the Honorable Gustave J. Di Bianco, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York. Report-Rec. (Dkt. No. 8). After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Plaintiff Pamela Curtin ("Plaintiff"), which were filed on December 11, 2007. Objections (Dkt. No. 9).

It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id. This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

The Court also advises the Social Security Commissioner, as part of its determination, to

obtain the annual accountings filed by the trustee of the "Brian Sheil Special Needs Trust."

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 8) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendant's Motion to dismiss (Dkt. No. 4) is **GRANTED**; and it is further

**ORDERED**, that the Complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:	May 27, 2008
	Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge